IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| HECTOR PACHECO-MORALES | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-290 |
| BRIAN COLLIER, EXECUTIVE DIRECTOR, *et al.*, | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Hector Pacheco-Morales, an inmate confined at the Leblanc Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the following Defendants: Bryan Collier, Executive Director, Lannett Linthicorn, Medical Director, Kelvin Scott, Director Grievance Manager, Kevin Delt, Senior Warden, and FNU Norsworthy, Senior Warden.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends granting Plaintiff's Notice of Voluntary Dismissal (Doc. # 17).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case

---

[1] Plaintiff received a copy of the Report and Recommendation on October 26, 2021 (Doc. # 18).

in accordance with the Magistrate Judge's recommendations.

**SIGNED this 13th day of January, 2022.**

                                                    Michael J. Truncale
                                                    United States District Judge